ROSEMAN, Respondent, v. HENSLE CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1914.) Action by Hyman Roseman against the Hensle Construction Company. C. Winter, of

New York City, for appellant. G. F. Hickey, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.